**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY H. COOPER, | ) NO. CV 03-2641-ODW (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| GAIL LEWIS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>December 17, 2008</u>.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE